PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pablo Puntiel                                           Cr.: 06-00023-001

Name of Sentencing Judicial Officer: Katharine S. Hayden (Transfer of Jurisdiction)

Date of Original Sentence: 07/21/00

Original Offense: Bank Robbery

Original Sentence: 46 Months Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 11/20/03

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 4 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

## CAUSE

The offender has failed to report to the Probation office as directed, failed to submit his monthly supervision reports for January and February 2006, and has failed to obtain and maintain employment. In addition, he has not made any payments toward his restitution order subsequent to his transfer to the District of New Jersey on March 3, 2005.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 03/23/06

PROB 12B - Page 2
Pablo Puntiel

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4/28/06
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 4 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

Witness: _____       Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee
Leslie M. Vargas                       Pablo Puntiel

_____
3/23/06
DATE